Charles Brown, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.—Motion denied.

Robert A. Crittenden and Myron D. Palmer, Respondents, v William H. Liddle, Appellant.—Order affirmed, with ten dollars costs and disbursements. Ward, J., not sitting.

Mary B. Cone, Plaintiff, v. William T. O'Conor and Others, Defendants. — Motion denied, with costs.

Sarah M. Elliott, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs.

Eleanor Emmett, Plaintiff, v. Charles W. Van Cleef and William L. Sweet, Defendants.— Motion denied, with costs.

John C. Hurley, Respondent, v. Erie County Natural Gas Fuel Company, Limited, Appellant.—Judgment affirmed, with costs.

Hampden Hyde, Respondent, v. William M. Pennington and Daniel F. Deming, Appellants. — Judgment affirmed, with costs against the appellants personally.

William Kiernan, as Executor, etc., and Another, Appellants, v. The Agricultural Insurance Company, Respondent.—Motion for a re-argument denied. (See *Cuykendall v. Douglass*, 17 Wkly. Dig. 315; *Fosdick v. Town of Hempstead*, 126 N. Y. 651 ) Motion for leave to appeal to the Court of Appeals denied on the ground that the case does not involve a question of law which ought to be reviewed by that court. (See *Singleton v. Home Insurance Company*, 121 N. Y. 644; § 191, Code Civ. Proc., subd. 1.)

Lucy Ludlow, Respondent, v. Herman J. Westwood, Appellant.— Judgment affirmed, with costs.

Ellen Mulqueen, as Administratrix, etc., of Agnes B. Mulqueen, Deceased, Appellant, v.

Rochester Railway Company, Respondent. — Judgment affirmed, with costs.

Angela E. Moosbrugger, Appellant, v. Alzada Parker, Respondent, Impleaded, etc. ; Same, Appellant, v. Amos P. Wortman, Respondent; Same, Appellant, v. Alonzo Houck, Respondent ; Same, Appellant, v. David E. Hoover, Respondent.— Order affirmed, with ten dollars costs and disbursements in each of the four actions.

Hugh McGraw, Plaintiff, v. The Village of Seneca Falls, Defendant.—Motion denied, with costs. (See *Cross v. City of Elmira*, 86 Hun, 471.) Adams, J.. not sitting.

Oscar C. Newton, Appellant, v George N. Pierce and Others, Respondents.— Judgment and order affirmed, with costs.

National Harrow Company, Respondent, v. E. Bement & Sons, Appellant. — Ordered, that the decision of this case be suspended. *Second*. That the case be sent back to the referee to resettle and attach a certificate that the case as resettled contains all the evidence given and the proceedings had before him upon the hearing. *Third*. The foregoing relief is granted upon condition that the appellant shall pay to the respondent the costs and disbursements of argument already had, ten dollars costs of opposing this motion, and shall stipulate to and shall pay to the referee the fees for resettlement of the case, and shall reprint the case, and in reprinting the case the pleadings shall be printed as they are amended. And the case as thus amended shall be filed with the clerk of this court and the cause may be reargued under the usual rules and practice. *Fourth*. In the event of a failure to comply with the conditions already mentioned, the motion is denied, with ten dollars costs.

Oswego County, Respondent, v. Willis G. Babcock, Appellant.—

Oswego County Respondent, v. Willis G. Babcock, Appellant.— Order in each case affirmed, without costs of the appeal to either party.

The People of the State of New York, Respondent. v. John Yerkey, Appellant.— Judgment and order affirmed and proceedings remitted.

Alonzo C. Pickard, Appellant, v. Adam V. Pickard, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Helen H. Sunderlin, Plaintiff, v. Alfred N. Hollister and Henry D. Noble, Defendants.— Motion denied, with ten dollars costs. Adams, J., not sitting.

Thomas H. Welch, Respondent, v. George A. Green and Another, as Administrators of the Estate of Alfred Cheney, Deceased. Appellants.— Judgment affirmed, with costs.

Mary Walsh, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs.